

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-3664-CIV-JORDAN

IDILIO ORTA )
)
    Plaintiff )
)
vs. )
)
BACHILLER IRON WORKS )
)
    Defendant )
)

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL

In my order of March 28, 2002, I required the parties to file a stipulation of dismissal with prejudice no later than March 28, 2002, pursuant to notice that the dispute was settled. No such stipulation has been filed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. This case is CLOSED and all pending motions are DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of March, 2002.

                                        _____
                                      Adalberto Jordan
                                      United States District Judge

Copy to:    Jamie Harrison Zidell, Esq.
                 Samuel Reiner, Esq.